EC

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:25-mj-656 |
| Wade S. Christofferson | ) |
| 6200 Wynford Dr. | ) |
| Dublin, Ohio 43017 | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 2025 to November 2025** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2251 | Attempted Sexual Exploitation of a Minor |
| 18 U.S.C. §2422 | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See the attached Affidavit which is fully incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI TFO David Aronovic
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 20, 2025

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the matter of:**                      :

**United States of America**        :   Case No.: 2:25-mj-656
    v.                                              :
**Wade S. Christofferson**         :
**6200 Wynford Dr.**                   :   Magistrate Judge:
**Dublin, Ohio 43017**                :

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Aronovic (Your Affiant), a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been since January of 2025. I am currently assigned to the Child Exploitation and Human Trafficking Task Force, Cincinnati Division, Columbus Resident Agency. I am primarily responsible for investigating internet crimes against children, including child pornography offenses and the online exploitation of children. investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States. During my career as a Police Detective and a TFO, I have participated in various investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information.

2. During the course of my twenty-year career in law enforcement, I have worked with law enforcement agencies throughout the country investigating crimes and violations ranging from violent crimes against children and white-collar crime to robbery, murder, and kidnapping. As part of my duties as a Task Force Officer, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Prior to becoming an FBI Task Force Officer, I spent thirteen years working as both an officer and detective for the Howard County, Maryland Police Department. During that time, I was a patrol officer, special assignment section investigator, narcotics detective, and canine officer. I have worked for the Dublin, Ohio Police Department for seven years, the last four as a detective. During my career in law enforcement, I have attended hundreds of hours of trainings across the country administered by both local and federal law enforcement agencies related to a wide variety of law enforcement topics, including sex crime investigations, computer and cellular phone

forensics, child sexual abuse material (CSAM), and death investigation. As a TFO with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. I, Task Force Officer David Aronovic (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2251 and 2242 – Sexual Exploitation of a Minor and Coercion and Enticement of a Minor (or attempts of such). Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Wade S. Christofferson (**CHRISTOFFERSON**) committed the violations listed above.

## FACTS SUPPORTING PROBABLE CAUSE

4. On or about November 12, 2025, John Doe One (herein after JD1) contacted the Dublin, Ohio Police Department (DPD) to make a report regarding the sexual abuse of his 10-year-old daughter, Minor Victim One (MV1). JD1 indicated that the perpetrator of the abuse against MV1 was their relative, Wade S. **CHRISTOFFERSON**, who resided in Dublin, Ohio at the address of 6200 Wynford Drive.

5. JD1 indicated he was making this report because he learned from his brother, John Doe Two (hereinafter JD2) that **CHRISTOFFERSON** had sexually abused the daughter of JD2, seven-year-old Minor Victim Two (MV2). When JD2 found this out, JD2 called a family meeting to discuss what had happened with **CHRISTOFFERSON**. During the family meeting, JD2 revealed **CHRISTOFFERSON** had sent MV2 hand-written and coded letters that referenced sexual activity. It was also revealed **CHRISTOFFERSON** had sexually abused MV2.

6. DPD began working the case with the FBI's Columbus Child Exploitation and Human Trafficking group after the report made by JD1. The investigation revealed that on or about November 5, 2025 at approximately 9:00pm (EST), **CHRISTOFFERSON** engaged in a FaceTime phone conversation with JD2 who resides in Payson, Utah. The call was related to upcoming travel plans for a trip **CHRISTOFFERSON** had booked to visit Utah.

7. During the Facetime conversation, **CHRISTOFFERSON** asked to speak with MV2. While they were speaking, JD2 overheard **CHRISTOFFERSON** ask MV2 to see "snow" and "friends." After he made that request, MV2 immediately went to a closet connected to a bathroom and closed the door behind her. Approximately five seconds later, JD2 opened the door and discovered MV2 lifting her shirt, exposing her chest and nipples to **CHRISTOFFERSON**.

8. JD2 stated that **CHRISTOFFERSON** was at his residence in Dublin, Ohio at the time the call was made because he recognized **CHRISTOFFERSON** sitting in a white armchair located in **CHRISTOFFERSON**'s office in his residence at the Wynford Drive location.

9. After the conversation ended, JD2 asked MV2 who "snow" and "friends" were. MV2 told JD2 that "snow" means vagina and "friends" means nipples. JD2 knew that **CHRISTOFFERSON** had been sending MV2 hand-written letters via U.S. Mail for at least the past six (6) months. He then went to retrieve the letters and noticed the letters made multiple references to "snow" and "friends" as further outlined below.

10. Once learning what the terms "snow," and "friends" meant, JD2 called **CHRISTOFFERSON** to confront him. JD2 stated **CHRISTOFFERSON** admitted to sending the letters and to sexually abusing MV2 while he was visiting JD2 and his family in Utah on a previous occasion.

11. Based on the above information, MV2 participated in a forensic interview on or about November 13, 2025, in Utah to get further details of the alleged sexual assaults. During that interview, MV2 disclosed that she showed **CHRISTOFFERSON** her naked chest while on a Facetime call with him. MV2 also disclosed that **CHRISTOFFERSON** had touched her vagina and nipples in the past, telling her that she would like it when she got older.

12. The above disclosures resulted in the family call on November 6, 2025. JD1 then confronted **CHRISTOFFERSON** in person at his residence on November 11, 2025 and asked him if he had ever had any inappropriate relations with JD1's children. **CHRISTOFFERSON** admitted to JD1 that when MV1 was between seven and a half (7.5) and eight and a half (8.5) years old, he inappropriately touched her approximately fifteen (15) to twenty (20) times.

13. When JD1 pressed **CHRISTOFFERSON** for details, **CHRISTOFFERSON** admitted to having MV1 take off her clothes so that he could "fondle" her chest and/or labia.

14. MV1 confirmed to JD1 that **CHRISTOFFERSON** had inappropriately touched her multiple times and that **CHRISTOFFERSON** had digitally penetrated her vagina at least once. MV1 told JD1 that the sexual assaults stopped when she was approximately eight and a half (8.5) years old, because she told **CHRISTOFFERSON** she no longer wanted to expose herself to him.

15. In continuing the investigation, DPD obtained a copy of the letters **CHRISTOFFERSON** sent MV2. In total, there were four letters recovered. JD2 could not provide exact dates for when they were received in the mail from **CHRISTOFFERSON** but marked each letter with post it notes numbered one (1) through four (4), indicating the order of when he believed they were received.

16. MV2 decoded the letters, and the code was provided to law enforcement as followed:
    - "Snow"- Vagina
    - "Friends"- Nipples
    - "Smiley Face" (drawn)- Rubs
    - "SS"- Secret Spanks
    - "Asterisk" (*)- Naked

17. The letter associated with Post-It Note #1 was folded into thirds. One-third read, "For MV2 Only!" The letter was addressed to MV2 and signed "Love, Grandpa," at the end. The last sentence of the letter read as follows: "Please tell Snow and her friends that I miss them. You are The Best!! [Smiley Face]."

18. The letter associated with Post-It Note #2 was also folded into thirds. The middle third of the page read "Only for MV2! Only open this when you are alone!!" One of the other thirds of the page read, "For MV2 only! Top Secret! Destroy after reading!" The letter had numerous instances of the code words being used, and portions of the letter read as follows:

    - I miss you a lot! I also miss seeing you * because you are the most pretty, the most daring and THE BEST!
    - It was nice to see Snow and her friends when we FaceTimed. I hope we can do that again. Please tell them I miss them and can't wait to see them again.
    - I can't wait for our date!!! I hope the weather will be nice so we can go on a hike in the woods too.
    - I can't wait to see you and play * games! I have a new one to teach you called "school." You will like it!
    - Here is a new code: smiley face (drawn) means "rubs." Remember that good witches get smiley face and bad witches get SS!

19. The letter associated with Post-It Note #3 was also folded into thirds. The top third of the page read, "TopSecret! Only for MV2," and the middle third read "For Queen MV2 Only!!!" This letter also had numerous uses of the code words, and portions of the letter read as follows:
    - I miss you! I wish I lived close enough that you could come over to my house every day.
    - I like to FaceTime with you and wish we could FaceTime every day. I have an exciting idea for the next time we FaceTime. You will like it!
    - Here is a list of some things I can't wait to do when I come to your house in November:
        1. See you *
        2. Smiley face
        3. Smiley face and SS witch
        4. Bedtime smiley face
        5. Date, car *
        6. Hike woods *
        7. Teach you "school"
        8. Ballet positions *
        9. Closet 3, 2, 1, *, SS
    - I hope snow and her friends have not forgotten me. It has been a long time since I have seen them. Do they remember who I am?

20. In the letter marked Post-It Note #3, **CHRISTOFFERSON** included three "Royal Coupons" and told MV2 that she can share them with everyone but keep the "Secret Ones"

secret because it was only for her. One coupon read "Top Top Secret Royal Coupon" at the top and noted it was "Good for one * game with me!! You get to choose the game! Only good for Queen MV2". The other "coupon" read "Most Top Secret Royal Coupon" at the top and was "Only good for Princess Snow and her friends. Good for one * (smiley face) while I read you a book!!"

21. The last letter, marked as Post-It Note #4, was intercepted by JD2 on Saturday, November 8, 2025, and was never viewed by MV2. This letter was folded into thirds as well. The top third of the page read "For MV2 Top Secret," and the middle third read "For MV2 only! Top Secret!"

22. The letter marked Post-It Note #4 stated that **CHRISTOFFERSON'S** top 5 favorite games to play were "Bedtime, Fashion show, Numbers, Ballet, and Bathroom closet." He also asked MV2 to "please leave me a secret message in the usual place and tell me which game you want to play first. Also, put in your secret message how excited Snow and her friends are to see me. Use letter A, B, C, or D":
    A. Sorry, they don't remember who you are
    B. They are a little excited
    C. They are a lot excited
    D. They are super excited

23. On or about November 12, 2025, DPD obtained search warrants for **CHRISTOFFERSON**'s residence and person. They were executed that same day and from his residence, multiple electronic devices were seized, including a cellular phone belonging to **CHRISTOFFERSON**.

24. During the search of the residence, detectives located an area of the home that was accessed through a small, child sized door with "H POTTER" written on it. Inside the door appeared to be a modified attic crawl space area with children's writing on the walls and a mattress, pillows, and blankets on the floor. A blue colored piece of paper was taped to the inside of the crawl space door that read in part "SPY CLUB", along with a numerical code, MV1's name, and another child's name. Adults could only access the space by crawling. A child size "Harry Potter" costume was observed in **CHRISTOFFERSON'S** bedroom dresser.

25. An additional search warrant was obtained to search the devices seized from **CHRISTOFFERSON**. A forensic examination of **CHRISTOFFERSON**'s cell phone was completed by your affiant, and numerous items of evidentiary value were recovered, including but not limited to recent search history for the following:
    - "criminal defense attorneys sex crimes columbus ohio"
    - "criminal defense attorneys columbus ohio"
    - "in Ohio do clergy have to report child abuse confessions"
    - "criminal defense attorneys Utah"

26. Your affiant observed records of the previously mentioned FaceTime calls between **CHRISTOFFERSON** and JD2 and MV2, as well as numerous text messages in which

CHRISTOFFERSON admitted to sending letters to MV2. Your affiant also observed a text message from CHRISTOFFERSON to JD2 on November 6, 2025 at 2:36pm which read in part, "I am deeply sorry for what I have done and will be meeting with my bishop to start the repentance process".

27. In addition, a text message from November 11, 2025 sent to a family member of CHRISTOFFERSON who resided in Arizona was recovered. In this message, CHRISTOFFERSON asked his family member if he come to his house for an open-ended stay, starting on November 13, 2025. Flight information for a trip to Phoenix was also observed in the phone.

28. Furthermore, a recently closed internet browser tab titled "So, you want to leave the U.S. Here's wh…" was observed in the extraction.

29. Based upon the foregoing, your affiant submits that there is probable cause to believe that Wade CHRISTOFFERSON has committed the violations 18 U.S.C. §§ 2251 and 2242 – Sexual Exploitation of a Minor and Coercion and Enticement of a Minor (or attempts of such). Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Respectfully submitted,

David Aronovic
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on November 20, 2025

Kimberly A. Jolson
United States Magistrate Judge