# IN THE UNITED STATES DISTRICT COURT

FOR THE

## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | CASE NO.: 2:25-mj-656 |
| PLAINTIFF; | ) | |
| V. | ) | JUDGE: VASCURA |
| WADE CHRISTOFFERSON, | ) | |
| DEFENDANT; | ) | |

### DEFENDANT WADE CHRISTOFFERSON'S MOTION FOR CONTINUANCE

Now comes the Defendant, Wade Christofferson, by and through undersigned Counsel, and respectfully moves this court to Extend Time for the Indictment and to Continue the Preliminary Hearing in this matter for 60 days. This request is unopposed by the United States.

Additionally, the Defendant requests that this Honorable Court postpone the Detention Hearing, currently scheduled for January 7th, 2026, until requested by undersigned Counsel.

Respectfully submitted,

Darren L. Meade (0063660)
Marcus A. Ross (0067540)
Attorneys for Defendant
**THE MEADE LAW GROUP**
1625 Bethel Road, Suite 102 Columbus, OH 43220
P: (614) 964-0350
F: (614) 957-0853
Darren@TheMeadeLawGroup.com
Mross@themeadelawgroup.com

/s/ *Emily Czerniejewski*

Per Email Authorization January 2, 2026 at 2:55 PM

## MEMORANDUM IN SUPPORT

On December 18, 2025, the Defendant returned to the SDOH from Utah where he was arrested. At this point, the United States initiated the scheduling of initial proceedings with this Court. Throughout the conversations between undersigned Counsel and AUSA Emily Czerniejewski, it has been established that with early Discovery review and collaboration, the case could be figured out pre-indictment.

WHEREFORE, the Defendant requests that the court provide a 60-day extension for the Indictment and 60-day continuance for the Preliminary Hearing for Discovery review and discussion between the United States and undersigned Counsel. Lastly, the Defendant specifically requests that the detention hearing, currently set for January 7th, 2026, be postponed until such time as it is requested by undersigned Counsel.

Respectfully submitted,

_____

_____
Darren L. Meade (0063660)
Marcus A. Ross (0067540)
Attorneys for Defendant
**THE MEADE LAW GROUP**
1625 Bethel Road, Suite 102 Columbus, OH 43220
P: (614) 964-0350
F: (614) 957-0853
Darren@TheMeadeLawGroup.com
Mross@themeadelawgroup.com

/s/ *Emily Czerniejewski*
_____
Per Email Authorization January 2, 2026, at 2:55 PM

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of this document was served upon the Office of the Prosecutor

on January 6, 2026, via EMAIL at <u>Emily.Czerniejewski@usdoj.gov</u>.


Darren L. Meade (0063660)
Marcus A. Ross (0067540)
Attorneys for Defendant