IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

        Plaintiff,

vs.                                            Case Number 2:25-mj-656

Wade S. Cristofferson,                  Magistrate Judge Chelsey M. Vascura

        Defendant.

## ORDER OF DETENTION

Defendant, represented by counsel, makes no application for release at this time. A motion for conditions of release and a detention hearing may be filed at a later date.

It is therefore **ORDERED** that defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                                           *s/Chelsey M. Vascura*
                                                           CHELSEY M. VASCURA
                                                           U.S. MAGISTRATE JUDGE