# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
|     PLAINTIFF; | ) | CASE NO.: 2:25-mj-656 |
| VS. | ) | |
| WADE CHRISTOFFERSON, | ) | MAGISTRATE JUDGE: JOLSON |
|     DEFENDANT; | ) | |

## MOTION OF DEFENDANT, WADE CHRISTOFFERSON, FOR PRODUCTION OF EXCULPATORY EVIDENCE

Pursuant to the due process clause of the Fifth Amendment to the United States Constitution, Defendant, Wade Christofferson, through undersigned counsel, moves this Court for an Order compelling the Government's production of all evidence known or which may become known to the United States Attorney favorable to Defendant, and material to either guilt or punishment, including the following:

    A. Prior felony, misdemeanor convictions, and/or juvenile adjudications for all witnesses expected to be called by the Government 1) at the trial; 2) who testified before any grand jury concerning this case; or 3) who furnished oral or written statements during the investigation of this case;

    B. Specific incidents of misconduct "bad acts," by all witnesses expected to be called by the Government, whether or not such conduct resulted in a criminal conviction;

    C. Disclosure by the Government of any and all consideration it has held out to a witness, or the witness' attorneys, to encourage that witness' cooperation with the Government. This request includes, but is not limited to: grants or promises of immunity; confirmed or tentative plea bargaining; monetary compensation; assistance in avoiding prosecution in other jurisdictions; omission from being named in an indictment or as an unindicted co-conspirator; civil or tax immunity grants; assistance or favorable treatment or recommendations with respect to any criminal, civil, tax court, court of claims, administrative or other legal dispute with the Government (State or Federal); or any other

considerations, regardless of their nature, granted or promised, which contemplate leniency or preferential treatment in exchange for cooperation with the Government;

D. The existence of pending criminal charges, either felony, misdemeanor, or juvenile, as well as parole or probation status, or deferred prosecution status, of any and all witnesses the Government expects to call, and any other pending or potential legal disputes and/or transactions each Government witness may have with the Government;

E. The disclosure of the utilization of any line-up or show up procedures or photographic arrays conducted in the investigation of the case; and the time, date, place, and all participants in these proceedings, as well as the particular law enforcement agency conducting same;

F. The results of any line-up, show-up, or photograph identification proceedings as conducted by law enforcement agencies, as well as all descriptions given by witnesses regarding the identification of the Defendant or any other alleged perpetrators;

G. Statements or summaries of statements from Government witnesses, and individuals the Government does not intend to call as witnesses, obtained by law enforcement agencies which include references to the Defendant's lack of involvement concerning the commission of each alleged offense, or which are otherwise favorable to the Defendant;

H. The disclosure of the psychiatric background of all witnesses the Government expects to call at trial;

I. The Court is also requested to order that all Government witnesses be required to maintain notes from interviews conducted during the course of this investigation in order to determine the existence of exculpatory matters that may be subject to production under the mandate of *Brady v. Maryland*, 373 U.S. 83 (1963);

J. Psychiatric or psychological reports concerning the Defendant's insanity;

K. Specific evidence which detracts from the credibility or probative value of testimony or evidence used by the Government;

L. The personnel file of all Government witnesses, and identity of any Government files concerning the Government witness, or in which the Government witness is mentioned.

Respectfully submitted,

_____

_____
Darren L. Meade (0063660)
Marcus A. Ross (0067540)
Attorneys for Defendant
**THE MEADE LAW GROUP**
1625 Bethel Road, Suite 102 Columbus, OH 43220
P: (614) 964-0350
F: (614) 957- 0853
Darren@TheMeadeLawGroup.com
MRoss@TheMeadeLawGroup.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this document was served to the Office of the Prosecutor via EMAIL on February 23, 2026 at Emily.Czerniejewski@usdoj.gov.

_____

_____
Darren L. Meade (0063660)
Marcus A. Ross (0067540)
Attorneys for Defendant