UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:25-mj-656 |
| | : | |
| Plaintiff, | : | MAGISTRATE JUDGE DEAVES |
| | : | |
| v. | : | |
| | : | **JOINT MOTION FOR EXTENSION OF** |
| | : | **TIME DURING WHICH** |
| WADE CHRISTOFFERSON | : | **INDICTMENT/INFORMATION MUST** |
| | : | **BE FILED** |
| Defendant. | : | |

Now comes United States of America, by and through the undersigned attorneys, along with counsel for Defendant Wade Christofferson and respectfully move this Court for an order extending the time for the return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b) from March 19, 2026, to May 5, 2026.  Mr. Christofferson is aware of his right to the timely filing of an Indictment or Information, afforded to him under 18 U.S.C. § 3161(b), and hereby waives that right for the purposes of this motion.  Defense counsel has communicated with his client and certifies that this waiver is knowingly and voluntarily made.  The Parties believe this continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Parties are exploring the possibility of a pre-indictment resolution, but will require additional time, especially in light of the nature of the evidence in this case, for those discussions, ongoing pre-indictment discovery review and additional meetings with Defendant.  As always, the Parties have exercised and will continue to exercise due diligence in reaching a prompt resolution of this matter.

For these reasons stated herein, the United States and Defendant's counsel request an extension of the time within which an Indictment or Information may be filed in this case until May 5, 2026.  The attorney for Mr. Christofferson has indicated that he agrees to the requested extension of the time.

Respectfully submitted,

DOMINICK S. GERACE, II
United States Attorney


s/*Emily Czerniejewski*
EMILY CZERNIEJEWSKI  (IL 6308829)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 406-3572
Fax: (614) 469-5653
E-mail: Emily.Czerniejewski@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion for Extension of Time During Which Indictment/Information Must be Filed was served the 2nd day of March, 2026 electronically on all parties of record.

s/*Emily Czerniejewski*
EMILY CZERNIEJEWSKI  (IL 6308829)
Assistant United States Attorney