IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF; | ) | CASE NO.: 2:25-mj-656 |
| VS. | ) | |
| WADE CHRISTOFFERSON, | ) | JUDGE: |
| DEFENDANT; | ) | |

## MOTION TO STRIKE PREVIOUSLY FILED MOTIONS

Defendant Wade Christofferson, by and through undersigned counsel, hereby moves this Honorable Court to strike the Motions filed February 23, 2026, as having been filed prematurely in error. Said motions include Defendant's First Motion to Produce Discovery (ECF No. 12), First Motion for Discovery for Pre-Trial Notice of Other Acts Evidence Which the Government Intends to Introduce at Trial (ECF No. 13), First Motion to Produce Exculpatory Evidence (ECF No. 14), and Notice of Request for Notice of Intent to Use Evidence (ECF No. 15). The government does not oppose this motion.

**WHEREFORE**, the Defendant requests that the Court strike the above-mentioned motions from the record.

Respectfully submitted,

_/s/ Darren L. Meade_
_/s/ Marcus A. Ross_

Darren L. Meade (0063660)
Marcus A. Ross (0067540)
Attorneys for Defendant-Appellant
**THE MEADE LAW GROUP**
1625 Bethel Road, Suite 102 Columbus, OH 43220
P: (614) 964-0350
F: (614) 957- 0853
Darren@TheMeadeLawGroup.com
MRoss@TheMeadeLawGroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served via ECF on the office of the United States Attorney, specifically AUSA Emily Czerniejewski, on March 10, 2026.

_____

_____
Darren L. Meade (0063660)
Marcus A. Ross (0067540)
Attorneys for Defendant