# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF; | ) | CASE NO.: 2:25-mj-656 |
| VS. | ) | |
| WADE CHRISTOFFERSON, | ) | JUDGE: |
| DEFENDANT; | ) | |

### MOTION FOR A DETENTION HEARING

Defendant, Wade Christofferson, by and through undersigned counsel, hereby moves this Honorable Court for an order scheduling a Detention Hearing in this matter. The Defendant was arrested on November 21, 2025, and filed a motion to Hold the Detention Hearing in this matter, as is his right, on January 6, 2026, pursuant to ECF No. 8.

The Defendant has been housed at Butler County Jail since his arrest. In February, a Pretrial Services Report was filed recommending that the Defendant be released on a recognizance bond. This report scored him at the lowest PTRA risk level, providing thirteen implementations to mitigate risk of flight and danger to community, including that he surrenders his passport and be subjected to location and computer monitoring. *See* Pre-Trial Services Report, Wade S. Christofferson; 0648 2:25-00656M-001.

Additionally, the Defendant has extensive health challenges, including frequent surgical intervention on his ankles and knees, resulting in consistent need for treatment, rehabilitation, and imaging. This causes him significant pain and limited mobility, and necessitates frequent attention from medical professionals. Due to his need for medical assistance, it would better suit the Defendant's mental and physical health if he were able to be treated at home, especially considering the recommendations of the Pre-Trial Services report- confirming that less restrictive means besides prison are available to prevent him fleeing and endangering the community.

**WHEREFORE**, pursuant to 18 U.S.C. § 3142, Defendant respectfully requests that this Court schedule a Detention Hearing, a right that they specifically reserved when they held the previously scheduled Detention Hearing on January 7, 2026. *See* January 5, 2026, Court Entry.

Respectfully submitted,

_____

_____
Darren L. Meade (0063660)
Marcus A. Ross (0067540)
Attorneys for Defendant-Appellant
**THE MEADE LAW GROUP**
1625 Bethel Road, Suite 102 Columbus, OH 43220
P: (614) 964-0350
F: (614) 957- 0853
Darren@TheMeadeLawGroup.com
MRoss@TheMeadeLawGroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was served via ECF on the office of the United States Attorney, specifically AUSA Emily Czerniejewski, on March 10, 2026.

_____

_____
 Darren L. Meade (0063660)
 Marcus A. Ross (0067540)
 Attorneys for Defendant